Sompo America Insurance Services, LLC,

    Plaintiff,

v.

Plaza Indemnity Insurance Company et al.,

    Defendant.

2:19-cv-01566 VAP (KSx)

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 5/29/19

Virginia A. Phillips
Chief United States District Judge